THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD M. MACKENNA, Appellant.

Submitted July 11, 1951; decided July 11, 1951.

Motion for reargument denied. [See 298 N. Y. 494.]